# EXHIBIT L



**WYATT, TARRANT & COMBS, LLP**

2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203-1423
615.244.0020
Fax: 615.256.1726

Douglas W. Schelling, Ph.D.
Direct Phone: 615-251-6755
E-mail: dschelling@wyattfirm.com

June 2, 2008

### *VIA FIRST CLASS MAIL & FACSIMILE*

Virginia L. Carron
Finnegan Henderson Farabow Garrett & Dunner, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263

   Re: U.S. Trademark Application for LX2
      Serial No.: 77/394,730
      Our Reference No.: 005946.1

Dear Ms. Carron:

  Our client, CAO International, Inc. ("CAO"), received your letter dated May 23, 2008. In response to the request within the letter, CAO confirms that its use of the mark LX2 will be consistent with its use of the marks MX2 and CX2. Accordingly, CAO expects that Fuente will not oppose the above referenced application. We agree with Fuente's position, as stated in the letter, that CAO's use of the marks MX2 and CX2 does not infringe the family of X trademarks owned by Fuente. Having responded to the request, we consider the matter closed.

              Regards,

              *Doug Schelling*

              Douglas W. Schelling, Ph.D.

DWS/