# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **General Cigar Co., Inc.** ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> v. ) <br> ) <br> **Fuente Cigar Ltd.,** ) <br> ) <br> Defendant ) <br> ) <br> and ) <br> ) <br> **Fuente Marketing Ltd.,** ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) | Case No. 1:22-CV-00773-PTG-IDD |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to the above-captioned action, by and through their respective undersigned counsel, hereby stipulate that the above-captioned action and all claims, counterclaims, and defenses asserted therein by any party are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses, and all pending motions (DE 13, DE 27, and DE 37) submitted in this action are withdrawn and terminated.

Dated:  December 14, 2022                              Respectfully Submitted,

| POTOMAC LAW GROUP, PLLC<br><br>By:\_\_/s/Janet F. Satterthwaite\_<br>   Janet F. Satterthwaite (VSB 26759)<br>   Elissa Brockbank Reese (VSB 78969)<br>   Susan V. Metcalfe (admitted *pro hac vice*)<br>   Potomac Law Group, PLLC<br>   1300 Pennsylvania Ave NW, Suite 700<br>   Washington DC 20004<br>   ereese@potomaclaw.com<br>   jsatterthwaite@potomaclaw.com<br>   smetcalfe@potomaclaw.com<br>   Tel: 202-486-1578<br><br>*Attorneys for Plaintiff/Counterclaim Defendant General Cigar Company, Inc.* | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br><br>By:\_/s/ Aaron Gleaton Clay_____<br>   Aaron Gleaton Clay (Bar No. 83925)<br>   Anna B. Naydonov (Bar No. 80101)<br>   David Mroz (Bar No. 94011)<br>   901 New York Avenue NW Washington, DC 20001 Telephone: (202) 408-4000<br>   Facsimile: (202) 408-4400<br>   aaron.clay@finnegan.com<br>   anna.naydonov@finnegan.com<br>   david.mroz@finnegan.com<br><br>   Virginia L. Carron (admitted *pro hac vice*)<br>   R. Gordon Wright (admitted *pro hac vice*)<br>   271 17th Street, NW, Suite 1400 Atlanta, Georgia 30363 Telephone: (404) 653-6400 Facsimile: (404) 653-6444<br>   virginia.carron@finnegan.com<br>   gordon.wright@finnegan.com<br><br>*Attorneys for Defendant Fuente Cigar Ltd. and Defendant/Counterclaim Plaintiff Fuente Marketing Ltd.* |